In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00314-CV**

_____

**BEAUMONT INDEPENDENT SCHOOL DISTRICT, TIMOTHY CHARGOIS, PATRICIA LAMBERT, SYBIL COMEAUX, AND JESSIE HAYNES, Appellants**

**V.**

**RONALD REYNOLDS, Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-195,812**

**MEMORANDUM OPINION**

The parties filed a joint motion to lift the stay previously ordered in this appeal and dismiss this accelerated appeal with prejudice. *See* Tex. R. App. P. 42.1(a). We grant the motion to dismiss, lift our order of August 21, 2014, which stayed further proceedings in the trial court, and dismiss the appeal. *See* Tex. R. App. P. 43.2(f). No motion for rehearing will be entertained by the Court. *See* Tex.

R. App. P. 49.4. The parties may agree to early issuance of the mandate. *See* Tex.

R. App. P. 18.1(c).

      APPEAL DIMISSED.


                                _____

                                     HOLLIS HORTON

                                       Justice


Submitted on October 8, 2014
Opinion Delivered October 9, 2014

Before Kreger, Horton, and Johnson, JJ.